IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Developers Surety and Indemnity Company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Newcor Homes LLC, et al.,<br><br>　　　　　　Defendants. | No. CV-20-00253-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 29) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 7th day of July, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge